### Young, Appellant, *v.* Philadelphia School District.

Argued January 8, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*Allan Kaufman,* with him *Gordon and Kaufman,* for appellant.

*Jerome A. Zaleski,* for appellee.

OPINION PER CURIAM, April 22, 1971:

Judgment affirmed. See, *Carlo v. Scranton,* 319 Pa. 417, 179 Atl. 561 (1935).

Mr. Justice Roberts dissents for the reasons most recently noted in *Smeltz v. Copeland,* 440 Pa. 224, 226, 269 A. 2d 466, 468 (1970) (dissenting opinion) and once again urges that the unwise and unjust doctrine of governmental immunity be abolished.

Mr. Justice Pomeroy dissents for the reasons set forth in his dissenting opinion in *Laughner v. Allegheny County,* 436 Pa. 572, 576, 261 A. 2d 607 (1970).